UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONES,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FCA US, LLC et al,<br><br>　　　　　　　　　　Defendants. | Case No.: 22-cv-1342-GPC(WVG)<br><br>**ORDER SETTING DEADLINE TO FILE JOINT MOTION TO DISMISS AS TO DEFENDANT FCA US, LLC ONLY** |

On March 23, 2023, Plaintiff Steven Jones ("Plaintiff") and Defendant FCA US, LLC ("Defendant FCA") filed an Amended Joint Notice of Settlement (ECF No. 18, "Amended Joint Notice") stating Plaintiff and Defendant FCA reached a settlement in this matter. The Amended Joint Notice states Plaintiff and Defendant FCA anticipate filing a joint motion to dismiss Defendant FCA by May 23, 2023.

Accordingly, **IT IS HEREBY ORDERED**:

1. On or before **May 23, 2023**, Plaintiff and Defendant FCA shall file a joint motion to dismiss this action in its entirety and with prejudice as to Defendant FCA US, LLC only.

2. If a joint motion to dismiss is filed by the deadline above, the telephonic

settlement disposition conference below will automatically be vacated without further action by Plaintiff and Defendant FCA.

3. A telephonic settlement disposition conference is scheduled for **May 31, 2023**, at **8:30 a.m.** The Court will initiate the call. **On or before May 23, 2023,** each attorney intending to participate shall lodge, via electronic mail addressed to efile_Gallo@casd.uscourts.gov, (1) the name of each attorney who will participate and (2) a telephone number at which each attorney may be reached <u>directly</u> without fail at the time of the conference.

**IT IS SO ORDERED.**

DATED: March 24, 2023

_____
Hon. William V. Gallo
United States Magistrate Judge